**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 25-2154**

―――――――――

NIGEL MAX EDGE,

Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,

Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Louise W. Flanagan, District Judge.  (7:25-cv-00203-FL)

―――――――――

Submitted:  January 22, 2026                    Decided:  January 28, 2026

―――――――――

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Nigel Max Edge, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nigel Max Edge appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Edge's complaint for failure to exhaust his administrative remedies under the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671-2680.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Edge v. U.S. Dep't of Veterans Affs.*, No. 7:25-cv-00203-FL (E.D.N.C. Sep. 16, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
